UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DORA D. ARCHER,

    Plaintiff,

v.

MICHELLE HOOD, et al.,

    Defendants.
_____/

Case No. 1:17-cv-845

HON. JANET T. NEFF

## ORDER TO STRIKE

On October 20, 2017, Defendants filed their Answer to the complaint (ECF No. 9). Upon review of the Answer, the Court finds that Defendants failed to comply with W.D. Mich. LCivR 8.2, which requires a responsive pleading under FED. R. CIV. P. 8(B) to recite verbatim that paragraph of the pleading, or amended pleading, to which it is responsive, followed by the response. For this reason, the Answer is stricken. Therefore,

**IT IS HEREBY ORDERED** that the Answer to the complaint (ECF No. 9) is STRICKEN. Defendants shall file a corrected answer, complying with the court rules, no later than seven (7) days from the date of this Order.

Dated: October 21, 2017

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge